STATE OF NEW JERSEY v. LAWRENCE ROGERS.

March 14, 1978. Petition for certification denied.

CARLTON HOUSE v. RENT LEVELLING BOARD
OF THE CITY OF ELIZABETH.

March 14, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. BARRY SLOTT.

March 14, 1978. Petition for certification denied.

ANNE HEALEY v.
NEW JERSEY MANUFACTURERS INSURANCE CO.

March 14, 1978. Petition for certification denied.

EUGENE GARROW, M.D. v.
ELIZABETH GENERAL HOSPITAL AND DISPENSARY.

March 14, 1978. Petition for certification granted. (See
155 *N. J. Super.* 78).

STATE OF NEW JERSEY v. WILLIAM AZZARA.

March 14, 1978. Petition for certification denied.